UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:	Case Number 11-38808 GMB

Debtor: Louis & Andrea Giansante, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1808277 | One West Bank c/o Financial Freedom | 616.73 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  June 6, 2013