# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                      Case Number: 10-38808 GMB

Debtor: Louis & Andrea Giansante, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1814761 | One West Bank c/o Financial Freedom | $616.73 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   August 6, 2013