UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:              Case Number: 11-38808 GMB

Debtor: Louis & Andrea Giansante, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1821383 | OneWest Bank c/o Financial Freedom | 616.73 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  October 7, 2013