UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

E. RICHARD DRESSEL, ESQUIRE (ED 1793)
FLASTER/GREENBERG P.C.
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4609
(856) 661-2280

In Re:

      LOUIS GIASANTE, JR. and
      ANDREA GIANSANTE, h/w,

        Debtors.

Case No.:      11-38808(GMB)

Chapter:      13

Hearing Date:  September 9, 2015
                @ 9:00 a.m.

Judge:      Gloria M. Burns

## <u>CERTIFICATION OF SERVICE</u>

1.    I, ERIKA LETTERI:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for E. RICHARD DRESSEL, who represents the Debtor in the above matter.

    ☐ am the _____ in the above case and am representing myself.

2.    On <u>August 11, 2015</u>, I caused a copy of the following pleadings and/or documents to the parties listed in the chart below by certified mail, return receipt requested and notice of electronic filing, as indicated below:

        a.    Notice of Motion for an Order Directing Payment of Unclaimed Funds;

        b.    Certification in Support of Motion for an Order Directing Payment of

            Unclaimed Funds

        c.    Proposed form of Order Directing Payment of Unclaimed Funds; and

        d.      This Certificate of Service.

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  August  11, 2015              /s/Erika Letteri
                                     ERIKA LETTERI, Legal Secretary

4807520 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fred R. Braverman, Esquire<br>Law Offices of Fred R. Braverman<br>106 Society Hill Blvd<br>Cherry Hill, NJ 08003-2402 | Debtors' Counsel in Chapter 13 case | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court*) |
| Dori L. Scovish, Esquire<br>Frenkel Lambert Weiss Weisman & Gordon, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052 | Counsel for One West Bank,FSB | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court*) |
| One West Bank,FSB<br>1 Banting<br>Irvine, CA 92618 | (per proof of claim #9 filed 1/19/12 and amended) | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court*) |
| Daniel E. Stack, Bankruptcy Supervisor<br>One West Bank FSB<br>2900 Esperanza Crossing<br>Austin, TX 78758 | (per proof of claim #9 filed 1/19/12 and amended) | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court*) |
| Financial Freedom/One West Bank FSB<br>888 East Walnut Street<br>Pasadena, CA 91101 | Original Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court*) |

| | | |
|---|---|---|
| Financial Freedom<br>500 North Ridge Road, Suite 500<br>Atlanta, GA 30350 | Original Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court*) |
| Financial Freedom, a division of OneWest Bank N.A.®<br>ATTN: Servicing Department<br> PO Box 85400<br> Austin, TX 78708 | Original Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court*) |
| One West Bank,<br> (a divison of CIT Bank, N.A.)<br>The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Registered Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court*) |
| One West Bank, FSB<br>PO Box 7056<br>Pasadena, CA 91101-9699 | Corporate Headquarters | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court*) |
| Joseph Otting, CEO and President<br>One West Bank, FSB<br>888 East Walnut Street<br>Pasadena, CA 91101 | President | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court*) |

| | | |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>525 Route 38 – Suite 580<br>Cherry Hill, NJ 08002-2977 | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court*) |
| Office of the United States Trustee<br>Suite 2100<br>One Newark Center<br>Newark, NJ  07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court*) |