UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

Order Filed on September 30, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 30, 2015**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____, 20 ___ by _____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*